01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                         )   CASE NO. CR13-287-RSL
    Plaintiff,                           )
                                         )
    v.                                   )
                                         )   DETENTION ORDER
STEVEN MAURICE WILLIAMS,                 )
                                         )
    Defendant.                           )
_____)

<u>Offense charged</u>:        Possession of Child Pornography; Production of Child Pornography, Sexual Exploitation of Children; Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:     September 6, 2013.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

01      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02      1.      Defendant's past criminal record includes a number of failures to appear and

03  failures to comply with court supervision, resulting in bench warrant activity.   Defendant has a

04  number of convictions for domestic assault, as well as theft and assault charges.

05      2.      Defendant does not have a stable residence history, and does not have an

06  appropriate residential placement to propose.

07      3.      Defendant poses a risk of nonappearance due to unstable residential history and

08  employment history, a history of failing to appear and failing to comply with supervision, and

09  lack of an appropriate residential placement.  Defendant poses a risk of danger due to the

10  nature and particular circumstances of the charges, including allegations of direct physical

11  contact with minors in the home, a history of failing to comply with supervision, and criminal

12  history.

13      4.      There does not appear to be any condition or combination of conditions that will

14  reasonably assure the defendant's appearance at future Court hearings while addressing the

15  danger to other persons or the community.

16  It is therefore ORDERED:

17      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

18          General for confinement in a correction facility separate, to the extent practicable, from

19          persons awaiting or serving sentences or being held in custody pending appeal;

20      2.  Defendant shall be afforded reasonable opportunity for private consultation with

21          counsel;

22      3.  On order of the United States or on request of an attorney for the Government, the

DETENTION ORDER
PAGE -2

01       person in charge of the corrections facility in which defendant is confined shall deliver

02       the defendant to a United States Marshal for the purpose of an appearance in connection

03       with a court proceeding; and

04    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

05       for the defendant, to the United States Marshal, and to the United State Pretrial Services

06       Officer.

07       DATED this 6th day of September, 2013.

08

09

Mary Alice Theiler

10       Chief United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3