JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-00287RSL |
| Plaintiff, | |
| vs. | ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| STEVEN M. WILLIAMS, | |
| Defendant. | |

THE COURT having considered the unopposed motion of the defense to continue the trial and the pretrial motions deadline, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the unopposed motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to

ORDER GRANTING SECOND
UNOPPOSED MOTION TO CONTINUE
TRIAL AND PTM DEADLINE - 1
(*Steven M. Williams;* CR13-00287RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

benefit from her efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date for Mr. Williams is continued from January 6, 2014, to March 31, 2014. Pretrial motions shall be filed by February 21, 2014.

It is further ORDERED that this period of delay from the date of this order through March 31, 2014, will be excludable time under the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

DONE this 11th day of December, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by,

s/ *Paula Semmes Deutsch*
Paula Semmes Deutsch, WSBA No. 23940
Attorney for Steven M. Williams
Office of the Federal Public Defender
1601 Fifth Ave., Suite 700
Seattle, WA   98101
206/553-1100 voice
206/553-0120 fax
Paula_Deutsch@fd.org

ORDER GRANTING SECOND
UNOPPOSED MOTION TO CONTINUE
TRIAL AND PTM DEADLINE - 2
(*Steven M. Williams;* CR13-00287RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington   98101
(206) 553-1100